THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>    v.<br><br>Thrifty Payless, Inc. dba Rite Aid #05466, et al.,<br><br>    Defendants. | Case No. 2:14-cv-02261-JAK-FFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>**JS-6** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant Thrifty Payless Inc. dba Rite Aid #05466,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated: August 26, 2014

_____

John A. Kronstadt
United States District Judge

Order re: Joint Stipulation for Dismissal        *Rocca v. Thrifty Payless, Inc., et al.*
       Case No. 2:14-cv-02261-JAK-FFM

-1-